

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TM/AES/MPR  
F.#2013R00169

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 24, 2015

<u>By ECF and FedEx</u>

Donald Dennis DuBoulay, Esq.         Kelley J. Sharkey, Esq.
305 Broadway, Suite 602              26 Court Street, Suite 2805
New York, NY 10007                   Brooklyn, NY 11242

Re:   United States v. Paul Rivera, <u>et al.</u>
      <u>Criminal Docket No. 13-149 (S-3) (KAM)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter. This letter is intended to supplement the government's discovery letters dated April 2, 2013, May 17, 2013, August 20, 2013, October 2, 2013, November 8, 2013, March 21, 2014, April 11, 2014, May 30, 2014, July 2, 2014, August 22, 2014, September 5, 2014, September 7, 2014, December 23, 2014, January 30, 2015, February 20, 2015, March 9, 2015 and March 16, 2015. Please consider this letter to be the government's renewed request for reciprocal discovery.

On the enclosed DVD marked TF MAFIA DVD-28, please find copies of the following:

| Item | Bates Number/Identifier |
|---|---|
| Records received from Sprint for phone number 917-642-6004 | Records are contained in a folder with Bates number TFMAFIA 0019251 |
| Records received from MetroPCS for phone number 347-942-2059 | Records are contained in a folder with Bates number TFMAFIA 0019252 |
| Headshot of a co-conspirator | TFMAFIA 0019253 |
| Photographs of a co-conspirator | TFMAFIA 0019254-61 |

| Item | Bates Number/Identifier |
|---|---|
| Photographs of TF tattoos on victim-witnesses and co-conspirators | TFMAFIA 0019262-83 |
| Photographs of TF members | TFMAFIA 0019284-311 |
| Photographs of defendant Rivera | TFMAFIA 0019312-26 |
| Records received from the New York State Department of Corrections (redacted) | TFMAFIA 0019327-59 |

In addition, enclosed please find a DVD marked TFMAFIA DVD-29 that contains copies of items from defendant Rivera's hard drive that requested by defendant Garrett.

Finally, please be advised that the government intends to call an individual to provide expert testimony regarding money laundering, including the methods used to conceal funds. Additional information about the individual and his or her testimony will be disclosed by March 30, 2015, consistent with the Court's pre-trial order.

Please let us know if you have any questions.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/ Alixandra E. Smith
Alixandra E. Smith
Taryn A. Merkl
Michael P. Robotti
Assistant U.S. Attorneys
(718) 254-6370/6064/7576

Enclosures (TFMAFIA DVD-28, TFMAFIA DVD-29)

cc:   Clerk of the Court (KAM) (by ECF) (without enclosures)